CHOW TIM *v.* RICHARD LOPEZ.

NO. 2784.

WALTER S. TANABE *v.* RICHARD LOPEZ.

NO. 2815.

FILED APRIL 4, 1953.          DECIDED JUNE 8, 1953.

LE BABON AND STAINBACK, JJ., AND CIRCUIT JUDGE
CORBETT IN PLACE OF TOWSE, C.J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing in these cases
sets forth that "The Court erred in affirming the decree
below in so far as it awarded appellee, Tanabe, damages,
in the sum of $1982." The court fully determined that the
chancellor did not err in assessing damages against Lopez
for the lotus bulbs removed from the premises. After a
careful examination of the record before us, we were of
the opinion then and are now that the chancellor could
have found damages for the removal of lotus bulbs in ex-
cess of $1982. This court has repeatedly pointed out that
findings of the chancellor depending upon the credibility
of witnesses and the weight of the evidence are entitled to
great weight.

The other points raised in the petition are in effect a
reargument of the previously determined questions and
the court finds nothing therein to warrant a rehearing of
the causes.

Petition for rehearing denied.

*B. Houston* for the petition.